NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000072
16-MAY-2019
08:29 AM**

NO. CAAP-19-0000072

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellant, v.
LEVI K. AKI, JR., Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NO. 2PC141000490(2))

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Reifurth, Presiding Judge, Chan and Hiraoka, JJ.)

Upon consideration of the Motion to Dismiss Appeal, filed May 13, 2019, by Plaintiff-Appellant State of Hawai'i (State), the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the State seeks to dismiss the appeal; and (3) dismissal is authorized by Hawai'i Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed.

DATED: Honolulu, Hawai'i, May 16, 2019.

Presiding Judge

Associate Judge

Associate Judge